**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| FATKHIDDIN MIRZONAZAR, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. CIV-26-1712-PRW |
| FIELD OFFICE DIRECTOR, Tulsa, ICE, et al., | ) | |
| Respondents. | ) | |

# ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1). This case is one of many habeas petitions filed by an alien detainee challenging the legal basis for his detention. On September 16, 2026, Magistrate Judge Chris M. Stephens issued a Report and Recommendation (Dkt. 13) recommending that the Court grant in part Petitioner's request for habeas relief and order Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a). The Government objects to Magistrate Judge Stephens's determination that § 1226(a) controls Petitioner's detention.[1] However, the Government acknowledges that this matter is controlled by the Tenth Circuit's opinion in *Quiroz v. Mullin*,[2] which recently limited § 1225(b)(2)(A)'s reach to aliens detained at the

[1] *See* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).

[2] 180 F.4th 1226 (10th Cir. 2026).

border.[3] Because the Petition alleges—and the government does not dispute—that ICE arrested Petitioner within the interior United States, *Quiroz* mandates that he is detained pursuant to § 1226(a), which entitles Petitioner to an individualized bond hearing.

Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 13) and **GRANTS** the Petition (Dkt. 1) **IN PART**. The Court **ORDERS** Respondents to provide Petitioner with an individualized bond hearing under § 1226(a) within seven days of this Order or otherwise release Petitioner if he has not received a bond hearing within that period.

**IT IS SO ORDERED** this 2nd day of October 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[3] Objs. to R&R (Dkt. 14), at 1 n.1.